**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

EDWARD KING                                                                    PLAINTIFF
ADC #140776

v.                                          1:19-cv-00065-JM-JJV

JOHN DOES, unknown Correctional Officers
and Supervisors, Grimes Unit, ADC                                       DEFENDANTS

**PROPOSED FINDINGS AND RECOMMENDATIONS**

**INSTRUCTIONS**

The following recommended disposition has been sent to United States District Judge
James M. Moody, Jr.  Any party may serve and file written objections to this recommendation.
Objections should be specific and should include the factual or legal basis for the objection.  If the
objection is to a factual finding, specifically identify that finding and the evidence that supports
your objection.  An original and one copy of your objections must be received in the office of the
United States District Court Clerk no later than fourteen (14) days from the date of the findings
and recommendations.  The copy will be furnished to the opposing party.  Failure to file timely
objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or
additional evidence, and to have a hearing for this purpose before the District Judge, you must, at
the same time that you file your written objections, include the following:

1.       Why the record made before the Magistrate Judge is inadequate.

2.       Why the evidence proffered at the hearing (if such a hearing is granted) was not
offered at the hearing before the Magistrate Judge.

3.    The details of any testimony desired to be introduced at the new hearing in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing.  Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

## **DISPOSITION**

Edward King ("Plaintiff") is a prisoner in the Ouachita River Unit of the Arkansas Department of Correction ("ADC").  On July 23, 2019, he filed this *pro se* action, pursuant to 42 U.S.C. § 1983, alleging eight unknown correctional officers and supervisors at the Grimes Unit violated his constitutional rights by failing to protect him from being attacked by another prisoner on July 18, 2019.  (Doc. No. 1.)  On July 24, 2019, I granted Plaintiff permission to proceed *in forma pauperis* and explained to him that I could not order service until he identified at least one Defendant and provided a service address for that individual.  (Doc. 6.)  I then gave Plaintiff ninety (90) days to file a Motion for Service providing that information and explained I would recommend dismissal if he failed to timely do so.  (*Id*.)

Plaintiff has not provided service information for any of the Defendants, and the time to do so has expired.  Accordingly, I recommend this case be dismissed without prejudice due to a lack of service.   *See* Fed. R. Civ. P. 4(m) ("the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice" if service is not completed 90 days after the complaint is filed); *Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir. 1993) (it is the prisoner's responsibility to provide a valid service address for each defendant).

IT IS, THEREFORE, RECOMMENDED that:

1.  This case be DISMISSED without prejudice due to a lack of service.

2.  The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order and Judgment adopting this recommendation would not be taken in good faith.

DATED this 28th day of October 2019.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE