UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

EDWARD KING                                                                                          PLAINTIFF
ADC #140776

v.                                       1:19-cv-00065-JM-JJV

JOHN DOES, unknown Correctional Officers
and Supervisors, Grimes Unit, ADC                                                                  DEFENDANTS

# ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed, and the time to do so has passed. After careful review, this Court adopts the Recommendation in its entirety as its findings in all respects.

IT IS THEREFORE ORDERED that:

1. The case is DISMISSED WITHOUT PREJUDICE due to a lack of service.

2. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 19th day of November, 2019.

_____
UNITED STATES DISTRICT JUDGE