UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

EDWARD KING                                                                                    PLAINTIFF
ADC #140776

v.                                      1:19-cv-00065-JM-JJV

JOHN DOES, unknown Correctional Officers
and Supervisors, Grimes Unit, ADC                                                  DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, this case is DISMISSED WITHOUT PREJUDICE. All relief sought is denied, and the case is closed. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 19th day of November, 2019.

_____
UNITED STATES DISTRICT JUDGE